UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BARRY HOBSON,

    Plaintiff,

v.

LOCAL 689, AMALGAMATED TRANSIT
UNION AFL-CIO,

    Defendant.

Civil Action No. TDC-21-2374

# ORDER

On October 22, 2021, Defendant Local 689 Amalgamated Transit Union AFL-CIO filed a Motion to Dismiss. The Case Management Order states that "[n]o motions may be filed without first seeking a pre-motion conference with the Court." Case Management Order § II.A.1, ECF No. 3. Local 689 has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss, ECF No. 8, is DENIED WITHOUT PREJUDICE.

2. Defendant Local 689 is directed to file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order by **November 5, 2021**.

3. A pre-motion conference is scheduled for **November 8, 2021 at 2:00 p.m.** To join the call at the scheduled time:

    - Dial **1-888-557-8511**.
    - Enter access code **3008173**, followed by the # key. You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
    - When prompted, enter security code **11080200** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality. Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Date: October 28, 2021

THEODORE D. CHUANG
United States District Judge